IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CARLENE MCNEISH, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. 18-582 |
| | : | |
| v. | : | |
| | : | |
| ANDREW M. SAUL, Commissioner of Social Security Administration, | : | |
| | : | |
| Defendant. | : | |

# ORDER

**AND NOW**, this 20th day of July, 2020, after considering the plaintiff's motion for attorney's fees (Doc. No. 33), the Commissioner's response to the motion (Doc. No. 34), and the plaintiff's reply to the Commissioner's response (Doc. No. 35); and after oral argument on the motion on July 1, 2020; and for the reasons set forth in the separately filed memorandum opinion; accordingly, it is hereby **ORDERED** that the plaintiff's motion (Doc. No. 33) is **DENIED**.

BY THE COURT:


/s/ *Edward G. Smith*
EDWARD G. SMITH, J.